Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

FEB 2 7 2026

BY MAIL

# UNITED STATES DISTRICT COURT

for the

_____ District of _____ ⊡

_____ Division

FILED

FEB 2 7 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| CYNTHIA SMITH<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>MOHELA<br><br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **4:26-cv-00296-RHH**<br>*(to be filled in by the Clerk's Office)*<br><br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CYNTHIA SMITH |
   | Street Address | 29218 Cayman Canyon Way |
   | City and County | KATY (Harris, Fort Bend, and Waller COUNTY) |
   | State and Zip Code | TEXAS 77494 |
   | Telephone Number | 480-745-6509 |
   | E-mail Address | cynthiatk25@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        MOHELA

    Job or Title (if known)

    Street Address           633 Spirit Drive

    City and County        Chesterfield (ST. LOUIS COUNTY)

    State and Zip Code     MISSOURI 63005

    Telephone Number     636-532-0600

    E-mail Address (if known)

Defendant No. 2

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 3

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 4

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
ARTICLE 1 SECTION 10: RIGHT TO CONTRACT

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* CYNTHIA SMITH _____, is a citizen of the State of *(name)* TEXAS _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* MOHELA , is incorporated under

the laws of the State of *(name)* MISSOURI , and has its

principal place of business in the State of *(name)* MISSOURI

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
1,000,000.00 VIOLATION OF TRUST SECURITY AGREEMENT.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
I SENT A TRUST NOTICE TO THIS COMPANY LETTING THEM KNOW ABOUT THE FIRST TRUST SECURITY AGREEMENT OBLIGATION ASKING THEM TO STOP ASKING FOR PAYMENT UNTIL FIRST OBLIGATION PAY OFF WHICH DELAYS PAY OFF OF FIRST OBLIGATION BY HAVING TO CONTINUE TO REPOND BY MAIL WHICH COST AND CONTINUING TO REPORT ON CREDIT. WHICH THEY IGNORED WHICH NOW PUTS THEM AT FAULT FOR THE TAKE OVER OF THE FIRST OBLIGATION TRUST SECURITY AGREEMENT PAY OFF.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1,000,000.00 TRUST SECURITY AGREEMENT VIOLATION PAY OFF
FAIR CREDIT ACT VIOLATION: $1,000 PER VIOLATION
ACCOUNT PAID OFF ON CREDIT AND REPORTED AS "IN GOOD STANDING"

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | CYNTHIA SMITH |
| Printed Name of Attorney | CYNTHIA SMITH |
| Bar Number | |
| Name of Law Firm | |
| Street Address | 29218 Cayman Canyon Way |
| State and Zip Code | TEXAS 77494 |
| Telephone Number | 480-745-6509 |
| E-mail Address | cynthiatk25@gmail.com |